IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY DAVIS**                                                                                                        **PLAINTIFF**
**ADC #97816**

VS.                                            CASE NO. 5:10-cv-00271-SWW-JTR

**JOHN GLASSCOCK**                                                                                                **DEFENDANT**
**(originally named as Glasscock)**

## ORDER

This §1983 case is scheduled for an Evidentiary Hearing/Trial before U.S. Magistrate Judge J. Thomas Ray on **Tuesday, March 13, 2012,** at Richard Sheppard Arnold Courthouse, 500 West Capitol, Courtroom #1C, Little Rock, Arkansas at 9:30 a.m. Plaintiff, Mr. Gregory Davis, ADC #97816 is presently housed at the East Arkansas Regional Unit, Brickeys, Arkansas, and is presently in the control and custody of the Arkansas Department of Correction.

The Arkansas Department of Correction is hereby directed to ensure Plaintiff's appearance at the hearing along with the Plaintiff's complete medical file at the Evidentiary Hearing on March 13, 2012.

IT IS SO ORDERED, this 1st day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE