# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GREGORY DAVIS,
ADC #97816                                                                                          PLAINTIFF

V.                                    5:10CV00271 SWW/JTR

JOHN GLASSCOCK, Lieutenant,
Arkansas Department of Correction                                                     DEFENDANT

## ORDER

An Evidentiary Hearing/Trial will be held in this case on March 13, 2012. In order to prepare for that proceeding, the Court needs to review certain documents from Plaintiff's institutional record. Specifically, the Court needs: (1) all medical records regarding the treatment Plaintiff received at the University of Arkansas for Medical Sciences ("UAMS") after he was transported to that hospital on January 19, 2009; (2) all prison medical records regarding the treatment Plaintiff received, on January 19, 2009, from Dr. Ifedoria and other medical providers at the Maximum Security Unit ("MSU"); and (3) all photographs that were taken of Plaintiff on January 19, 2009.[1]

---

[1] *See* Exhibit A to this Order (Sergeant Dustin Parker's 005 Incident Report referring to Plaintiff's medical examination in the MSU infirmary by Dr. Ifedoria and subsequent transportation, by ambulance, to UAMS); *see also* Exhibit B to this Order (Lieutenant Anthony Thrower's 005 Incident Report referring to pictures that were

Accordingly, the Court will direct the Clerk to prepare a subpoena and instruct the U.S. Marshals to serve it on Plaintiff's behalf. *See* 28 U.S.C. § 1915(d) (providing that the "officers of the courts shall issue and serve all process, and perform all duties" in cases, such as this one, where the plaintiff has been granted permission to proceed *in forma pauperis*).

IT IS THEREFORE ORDERED THAT

1. The Clerk is directed to issue a subpoena duces tecum to Mr. Danny Burl, Warden of the East Arkansas Regional Unit, 325 Lee 601, Brickeys, AR 72320-0180 for the production of the above listed documents. Warden Burl must produce those documents and deliver them **to the Court on or before March 9, 2012.**

2. The U.S. Marshal is directed to serve the subpoena duces tecum on Warden Burl.

3. The Clerk is directed to fax a copy of this Order and the subpoena duces tecum to Warden Burl at 870-295-6564.

Dated this 2nd day of March, 2012.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE

---

taken of Plaintiff on January 19, 2009).

| ADMINISTRATIVE REGULATIONS STATE OF ARKANSAS DEPARTMENT OF CORRECTION | Section Number: 005, 409  Board of Correction Approval Date: 9/23/87  Supersedes: 005-407 Form  Attorney General Review Date: 6/11/87 | Page Number: 005 3 of 3 409 9 of 9  Dated: 12-15-86  Date Filed Secy. of State: 10-02-87 | 005 ☒ 409 ☐ | Incident Report and Use of Force |

**SUBJECT:** Reporting of Incidents – 005, Use of Force – 407

UNIT/DIVISION: maximum security

REPORTING EMPLOYEE: Parker (LAST)   Dustin (FIRST)   E. (MIDDLE)
RANK: SGT.   SHIFT ASSIGNMENT: "B"
DATE: 1-19-09   TIME: approx 7:15 am   LOCATION: East Isolation cell #1
INMATE(S) INVOLVED: Davis #097816 (Name and ADC Number)

EMPLOYEE(S) INVOLVED: CO Parker, SGT Turner, CO Graydon, infirmary staff (Name, Title, Rank)

INMATE(S) PRESENT: N/A (Names and ADC Numbers)

EMPLOYEE(S) PRESENT: N/A (Names, Title, Rank)

OTHERS PRESENT/INVOLVED: (Specify) N/A (Name & Address)

EXTENT OF INJURY TO INMATE(S): See medical report

TREATMENT AFFORDED INMATE(S): See medical report

EXTENT OF INJURY TO OFFICER(S): N/A

TREATMENT AFFORDED OFFICER(S): N/A

EX. A

STATEMENT OF FACTS (if force used, state type and explain): On the above date and time I coII Parker and SGT. Turner were conducting a security check and pulling mats in East Isolation when we entered Im Davis #097816, he appeared to be asleep, was breathing, and snoring. At breakfast myself and co McBride were feeding when we noticed he had several untouched, uneaten trays in his cell. We advised SGT. Turner he appears to have not eaten in several days. SGT. Turner called the infirmary and was then sent to work in population. When he returned, myself and SGT. Turner went to check on Im Davis who had still not eaten his breakfast. Im Davis was unresponsive. SGT. Turner called Lt. Thrower and the infirmary. SGT. Clark, myself, and coII Graydon then went into the cell and placed Im Davis in handcuffs and leg irons. Nurse Moore and Nurse Miller arrived with a stretcher. We placed him on the stretcher, took him to the infirmary where he was examined by Dr. Ibediara and then taken by ambulance to UAMS.

coII Kurt Parker   1-19-09
Signature of Reporting Employee   Date

Capt. J. Bell   1-19-09
Lt. Chatham B. Thrower   1/19/09
Signature of Supervisor   Date
1/20/09

Reviewed by (Signature) Warden/Center Supervisor/Administrator   Date

**RECOMMENDATION:** _____

Reviewed by (Signature) Assistant Director   Date

**RECOMMENDATION:** _____

Reviewed by (Signature) Director   Date

**DISTRIBUTION OF COPIES:**

Original to Assistant Director, then to Director, and then to Inmate Institutional File.
Assistant Director
Warden/Center Supervisor/Administrator

INCRPTdb                                              (Revised

| | | |
|---|---|---|
| ![seal] **ADMINISTRATIVE REGULATIONS STATE OF ARKANSAS DEPARTMENT OF CORRECTION** | Section Number 006, 409 / Board of Correction Approval Date 9-23-87 / Supersedes 006, 409 Form / Attorney General Review Date 4/11/87 | Page Number 006 3 of 3 / 409 3 of 3 / Dated 12/11/86 / Date Filed Secy of State 10/02/87 |

006 ☑ Incident Report and
409 ☐ Use of Force

**SUBJECT:** Reporting of Incidents—006, Use of Force—409

**UNIT/DIVISION:** MAX

**REPORTING EMPLOYEE:** Thrower (LAST) Anthony (FIRST) B (MIDDLE)

**RANK:** Lt       **SHIFT ASSIGNMENT:** B

**DATE:** 1/19/09    **TIME:** Approx 8:30 am    **LOCATION:** East Isolation Cell # 1

**INMATE(S) INVOLVED:** Davis, Q. # 097816 (Names and ADC Numbers)

**EMPLOYEE(S) INVOLVED:** Sgt Turner, COII Parker, Sgt. R. Cheek and COII A. Graydon (Names, Titles, Ranks)

**INMATE(S) PRESENT:** N/A (Names and ADC Numbers)

**EMPLOYEE(S) PRESENT:** Infirmary Staff (Names, Titles, Ranks)

**OTHERS PRESENT/INVOLVED:** (Specify) N/A (Names & Addresses)

**EXTENT OF INJURY TO INMATE(S):** See Infirmary Report

**TREATMENT AFFORDED INMATE(S):** See Infirmary Report

**EXTENT OF INJURY TO OFFICER(S):** N/A

**TREATMENT AFFORDED OFFICER(S):** N/A

Ex. B

STATEMENT OF FACTS (if force used, state type and explain): On the above date and Approx time I (Lt G. Thrower) was notified that inmate G. Davis #097816 was was not Responding and that he had Several uneaten trays of food in his Cell, Medical Staf was called and inmate G. Davis was seen by medical Staff and inmate G. Davis # 097816 was transported to UAMS by Ambulence. with Sgt R. Clark and Cott A Graydon as Escorts, pictures were taken, Gate pass was made and Given out.

_End of Statement_

Lt Anthony B. Thrower    1/19/09    Cpt T Bell    1-19-09
Signature of Reporting Employee    Date    Signature of Supervisor    1-20-09    Date

Reviewed by (Signature) Warden/Center Supervisor/Administrator    Date

RECOMMENDATION: 

Reviewed by Deputy and Assistant Director    Date

RECOMMENDATION:

Reviewed by (Signature) Director    Date

DISTRIBUTION OF COPIES:
   Original to Assistant Director, then to Director, and then to Inmate Institutional File.
   Assistant Director
   Warden/Center Supervisor/Administrator

INCRPTdb    (Revised