**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

GREGORY DAVIS,
ADC #97816                                                                                     PLAINTIFF


V.                                    5:10CV00271 SWW/JTR


JOHN GLASSCOCK, Lieutenant,
Arkansas Department of Correction                                              DEFENDANT

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended  Disposition

submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.

After careful review, the Court concludes that the Proposed Findings and Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's

findings in all respects.

IT IS THEREFORE ORDERED that the Court adopts the Recommended Disposition and

that Judgment be entered in favor of Defendant and that Plaintiff's action is DISMISSED, WITH

PREJUDICE.

IT IS SO ORDERED THIS 22nd DAY OF JUNE, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE